## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CHARLES B. NEPTUNE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:17-cv-88-GZS |
| ) | |
| WILLIAM NICHOLAS, SR., et al., ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed March 24, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that, pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 14th day of April, 2017.